IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANTHONY ROBINSON											PLAINTIFF

VS.												CIVIL ACTION NO. 3:16-CV-68-MPM-JMV

HAMILTON BEACH BRANDS, INC.,
SEDONA STAFFING, LEANNA, AND
SANDRA WARR											DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion [5] for Recusal. The undersigned has considered the motion and is of the opinion it should be denied.

By the motion Mr. Robinson requests the undersigned be "taken off" his case, as he claims it has been "proven" the undersigned is not impartial with respect to "matters that serve [his] best interest." Mr. Robinson also claims he has not gotten a response to letters requesting the same relief in Case No. 3:15cv52 and 3:15cv165. Because Mr. Robinson has failed to cite any facts in support of his claim that the undersigned cannot be impartial in cases that involve him and because the undersigned is confident that she can be and has been impartial in this matter and that justice will be properly administered, the instant motion is DENIED. Further, it should be noted that the other cases referred to by Plaintiff have been closed by orders of the district judges in those respective cases.

SO ORDERED this the 4th day of May, 2016.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**