## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

ANTHONY ROBINSON                                                                   PLAINTIFF

V.                                                                        NO.: 3:16CV68-M-V

HAMILTON BEACH BRANDS INC.,
SEDONA STAFFING, LEANNA, AND
SANDRA WARR                                                                       DEFENDANTS

### ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the record of this action, the court finds that the Report and

Recommendation [8] of the United States Magistrate Judge dated April 19, 2016, was on that date

duly mailed to pro se plaintiff via USPS; that more than fourteen days have elapsed since service of

said Report and Recommendation; and that no objection thereto has been filed or served by any

party.[1] The court is of the opinion that the magistrate judge's Report and Recommendation should be

approved and adopted as the opinion of the court.  It is, therefore,

  **ORDERED:**

  1.  That the Report and Recommendation of the United States Magistrate Judge dated

  April 19, 2016, is hereby approved and adopted as the opinion of the court.

  2.  That this case is hereby **DISMISSED with prejudice** for failure to state a claim and on

  the grounds of res judicata.

  3.  That To the extent that the claims asserted by Plaintiff are different than those alleged in

  cause no. 3:15-cv-52-DMB-JMV, such claims are **DISMISSED without prejudice** for

---

[1] Notably, Plaintiff did file a Motion for Recusal [10] on April 28, 2016, but said motion was denied by
the magistrate judge in an order [11] dated May 4, 2016.

failure to affirmatively allege jurisdiction.

**THIS**, the 9th day of June, 2016.


                                       **/s/ MICHAEL P. MILLS**
                                       **UNITED STATES DISTRICT JUDGE**
                                       **NORTHERN DISTRICT OF MISSISSIPPI**